UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                       :

        -against-                                         :          17 Cr. 578 (WHP)

Rafael Montero,                                              :          ORDER
                           Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Wednesday, January 20, 2020 at 2:00 p.m. regarding defendant's supervision. The dial-in number is 888-363-4749, passcode 3070580.

Dated: January 13, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.