UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                                          :        17 Cr. 578 (WHP)

Rafael Montero,                                             :        ORDER
                        Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The teleconference scheduled for Wednesday, January 20, 2020 at 2:00 p.m. is adjourned to February 3, 2021 at 11:00 a.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: January 14, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.