UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                   :         17 Cr. 578 (WHP)

Rafael Montero,                                          :         ORDER
                         Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The February 3, 2021 teleconference is adjourned to March 17, 2021 at 3:30 p.m.

The dial-in number is 888-363-4749, passcode 3070580.

Dated: February 1, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.