UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

       -against-                                         :        17 Cr. 578 (WHP)

Rafael Montero,                                            :        ORDER
                             Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The conference scheduled for March 17, 2021 is adjourned to April 1, 2021 at 11:00 a.m.  The dial-in number is 888-363-4749, passcode 3070580.

Dated:  March 17, 2021
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.