**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 3, 2021

By ECF

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Rafael Montero*, 17 Cr. 578 (WHP)**

Dear Judge Pauley:

I write to respectfully request that the Court adjourn the May 6, 2021 VOSR conference in this matter to a date in June 2021. All parties consent to this request. The reason for this request is that Mr. Montero's Suffolk County cases underlying Specifications 1 and 2 of the violations against him have been adjourned to May 17, 2021. Since the outcome of those cases will likely impact the disposition on his violations of supervised release, I request this adjournment to track those cases.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Michael Longyear, Esq.
PO Lisa M. Faro

Application granted. Conference adjourned to June 11, 2021 at 11:00 a.m. Dial in will be 8880363-4749, passcode 3070580.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

May 4, 2021