UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

UNITED STATES OF AMERICA  :

- v. -  :

RAFAEL MONTERO,  :

      Defendant.  :

------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2021

**ORDER**

17 Cr. 578 (VEC)

      WHEREAS, a hearing has been set by this Court for September 20, 2021, concerning reported violations of the conditions of supervised release by the defendant, Rafael Montero;

      AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Offices for the Southern District of New York and the Eastern District of New York for the defendant, Rafael Montero, including records of drug testing, so as to prepare for the conference and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

      IT IS HEREBY ORDERED that the U.S. Probation Offices for the Southern District of New York and the Eastern District of New York provide a copy of the case file maintained for the defendant, Rafael Montero, including records of drug testing, to Assistant United States Attorney Michael D. Longyear for his review.

SO ORDERED:

Dated:    September __15__, 2021
               New York, New York

                                                   _____
                                                   THE HONORABLE VALERIE E. CAPRONI
                                                   United States District Judge