```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA         :
                                 :       17-CR-578 (VEC)
         -against-               :
                                 :       ORDER
RAFAEL MONTERO,                  :
                                 :
                    Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 1, 2021, the Court ordered that Mr. Montero must submit proof of having received his first dose of a COVID-19 vaccine to the Court by November 5, 2021, Dkt. 36.; and

WHEREAS on November 5, 2021, Mr. Montero submitted proof of having received his first dose of a COVID-19 vaccine;

IT IS HEREBY ORDERED that Mr. Montero must submit proof of having received his second dose of a COVID-19 vaccine to the Court by **December 6, 2021.**

**SO ORDERED.**

Date: **November 6, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**